# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMONE TAYLOR,<br>   Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 26-CV-0164 |
| | : | |
| LISA ROYAL, *et al.*, | : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 16th day of April, 2026, upon consideration of *pro se* Plaintiff Ramone Taylor's Amended Complaint (ECF No. 9), it is **ORDERED** that:

1.    For the reasons stated in the Court's Memorandum, the Amended Complaint is dismissed as follows:

      a.    All federal law claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

      b.    All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**GAIL A. WEILHEIMER, J.**